# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

In re:

Bruce E. Robbins
& Patricia H. Chadwick-Robbins,

              Debtors

Chapter 13
Case No. 20-10089

## ORDER GRANTING FEE APPLICATION IN PART

Molleur Law Office filed the Final Application for Compensation of Legal Services [Dkt. No. 50] (the "Fee Application"). Notice of the hearing to consider the Fee Application was provided in accordance with the applicable provisions of the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and this Court's Local Rules. In the absence of timely objections or other responses to the Fee Application, the Court has reviewed the Fee Application and the docket in this case.

The Fee Application is granted in part on the terms set forth in this order under 11 U.S.C. § 330(a)(4)(B). Molleur Law Office is awarded $1,950.00 as reasonable compensation for actual, necessary services rendered between August 19, 2020 and August 15, 2022, and $22.50 as reimbursement for actual, necessary expenses, for a total award of $1,972.50. This award reflects a reduction of $308.00 from the fees requested by counsel. This reduction is intended to disallow compensation for the time that Molleur Law Office spent preparing for, attending, and following up after a hearing held on August 20, 2020, regarding counsel's first fee application [Dkt. No. 28]. Because that hearing was held solely to address an error that Molleur Law Office made

in its first fee application, the services attendant to that August 2020 hearing were neither necessary to the administration of this case nor beneficial toward the completion of the case under 11 U.S.C. § 330(a)(3)(C).

Date: September 9, 2022

Michael A. Fagone
United States Bankruptcy Judge
District of Maine